EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CONSTANCE A. HASSELL
Assistant U.S. Attorney
Room 6100, PJKK Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR02 00370 |
| Plaintiff, | |
| v | INDICTMENT |
| PAUL K. HINO, | 21 U.S.C. 860(a) |
| Defendant. | |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about August 21, 2002, in the District of Hawaii, defendant Paul K. Hino did knowingly and intentionally distribute a quantity of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a private university.

In violation of Title 21, United States Code, Section 860(a).

Count 2

The Grand Jury charges that:

On or about August 21, 2002, in the District of Hawaii, defendant Paul K. Hino did knowingly and intentionally distribute a quantity of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a private university.

In violation of Title 21, United States Code, Section 860(a).

DATED: Sp 5 , 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney

United States v. Paul K. Hino
Cr. No. _____
"Indictment"